IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.W., A Minor by and through his Guardian ad Litem Nichole Wilder,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE ELEMENTARY SCHOOL DISTRICT,<br><br>Defendant. | No. 2:22-CV-0716-KJM-DMC<br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On the Court's own motion, the initial scheduling conference set for October 19, 2022, before the undersigned in Redding, California, is vacated pending resolution of Defendant's motion to dismiss.

IT IS SO ORDERED.

Dated: October 5, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1