# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.W., A Minor by and through his Guardian ad Litem Nichole Wilder,<br><br>    Plaintiff,<br><br>    v.<br><br>ENTERPRISE ELEMENTARY SCHOOL DISTRICT,<br><br>    Defendant. | No. 2:22-CV-0716-KJM-DMC |
| L.W., A Minor by and through his Guardian ad Litem Nichole Wilder,<br><br>    Plaintiff,<br><br>    v.<br><br>ENTERPRISE ELEMENTARY SCHOOL DISTRICT,<br><br>    Defendant. | No. 2:22-CV-1847-KJM-DMC |

<u>ORDER</u>

///

///

///

1

Plaintiff, who is proceeding through his Guardian Ad Litem with retained counsel, brings these civil actions.

A settlement conference is scheduled in both cases for January 25, 2023, at 9:00 a.m., before the undersigned via Zoom. The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by January 18, 2023. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. <u>See</u> Local Rule 270(f)(1). Concurrent with their settlement conference statement, the parties shall execute and <u>file</u> the attached Waiver of Disqualification.

The scheduling conference set in case no. 2:22-CV-1847-KJM-DMC for February 1, 2023, is vacated.

IT IS SO ORDERED.

Dated:  December 2, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.W., A Minor by and through his Guardian ad Litem Nichole Wilder,<br><br>    Plaintiff,<br><br>  v.<br><br>ENTERPRISE ELEMENTARY SCHOOL DISTRICT,<br><br>    Defendant. | No. 2:22-CV-0716-KJM-DMC |
| L.W., A Minor by and through his Guardian ad Litem Nichole Wilder,<br><br>    Plaintiff,<br><br>  v.<br><br>ENTERPRISE ELEMENTARY SCHOOL DISTRICT,<br><br>    Defendant. | No. 2:22-CV-1847-KJM-DMC |

<u>WAIVER OF DISQUALIFICATION</u>

/ / /

/ / /

/ / /

3

Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____    _____
By:   For Plaintiff(s)

DATED: _____    _____
By:   For Defendant(s)