**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.W., A Minor by and through his Guardian ad Litem Nichole Wilder, | No. 2:22-CV-0716-KJM-DMC |
| Plaintiff, | |
| v. | |
| ENTERPRISE ELEMENTARY SCHOOL DISTRICT, | |
| Defendant. | |

| | |
|---|---|
| L.W., A Minor by and through his Guardian ad Litem Nichole Wilder, | No. 2:22-CV-1847-KJM-DMC |
| Plaintiff, | |
| v. | |
| ENTERPRISE ELEMENTARY SCHOOL DISTRICT, | |
| Defendant. | |

<u>ORDER</u>

///

///

///

1

1  Plaintiff, who is proceeding through his Guardian Ad Litem with retained counsel,
2  brings these civil actions.  A continued settlement conference is scheduled in both cases for April
3  6 and 7, 2023, at 9:00 a.m., before the undersigned via Zoom.  The Court will provide counsel
4  with the appropriate connection link at a later date.
5  IT IS SO ORDERED.

7  Dated:  March 10, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE